# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Creswell, Bessie M. | U.S. Bankruptcy Court, Middle District of Alabama | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Frank M. Johnson U.S. Federal Courthouse
One Church Street
Montgomery, Alabama 36104

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board | Alabama Bankruptcy Assistance Project |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | PNC BANK CASH ACCOUNTS | A | Interest | K | T | | | | | |
| 2. | IRA #1 (H) | | | | | | | | | |
| 3. | - TD AMERITRADE CASH ACCOUNTS (Y) | | | | | | | | | |
| 4. | - AMAZON.COM INC COM | | None | K | T | | | | | |
| 5. | - CORNERSTONE STRATEGIC VALUE COM | C | Dividend | J | T | | | | | |
| 6. | - PAYPAL HLDGS INC COM | | None | J | T | | | | | |
| 7. | - ROYAL DUTCH SHELL ADR SPONSORED | A | Dividend | J | T | Buy | 08/05/19 | J | | |
| 8. | - SPDR GOLD TR GOLD SHS | | None | J | T | | | | | |
| 9. | - TESLA INC COM | | None | J | T | Buy (add'l) | 01/02/19 | J | | |
| 10. | - CREDIT SUISSE NASSAU VELOCITY SHS DAI ETN | | None | | | Buy | 01/25/19 | J | | |
| 11. | | | | | | Buy (add'l) | 06/12/19 | J | | |
| 12. | | | | | | Sold | 07/25/19 | J | | |
| 13. | IRA #2 (H) | | | | | | | | | |
| 14. | - BERKSHIRE HATHAWAY INC DEL COM CL B | | None | | | Sold | 10/25/19 | J | A | |
| 15. | - CORNERSTONE STRATEGIC VALUE COM | A | Dividend | J | T | | | | | |
| 16. | - SLACK TECHNOLOGIES INC COM CL A | | None | J | T | Buy | 11/04/19 | J | | |
| 17. | - DODGE & COX FUNDS INTL STK FD | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   IRA #3 (H) | | | | | | | | | |
| 19.   - E-TRADE BANK CASH ACCOUNT | A | Interest | K | T | | | | | |
| 20.   - FORD MOTOR COMPANY PAR $0.01 | A | Dividend | J | T | | | | | |
| 21.   - MICRON TECHNOLOGY INC | | None | J | T | | | | | |
| 22.   - MICROSOFT CORP | A | Dividend | | | Sold | 12/23/19 | J | C | |
| 23.   - SALESFORCE.COM INC | | None | J | T | | | | | |
| 24.   - SLACK TECHNOLOGIES INC CLASS A COMMON STOCK | | None | J | T | Buy | 08/05/19 | J | | |
| 25. | | | | | Buy (add'l) | 11/19/19 | J | | |
| 26.   - TELADOC HEALTH INC COMMON STOCK | | None | | | Buy (add'l) | 04/18/19 | J | | |
| 27. | | | | | Sold | 12/23/19 | J | C | |
| 28.   - TESLA INC COMMON STOCK | | None | J | T | | | | | |
| 29.   - CREDIT SUISSE AG NASSAU BRH VELOCITY SHARES DAILY 2X VIX | | None | | | Buy | 01/31/19 | J | | |
| 30. | | | | | Sold | 08/05/19 | J | | |
| 31.   - CALL TSLA 04/18/19 340 TESLA INC | | None | | | Buy | 03/12/19 | J | | |
| 32. | | | | | Sold | 03/13/19 | J | A | |
| 33.   BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 34.   - SPDR GOLD TR GOLD SHS | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 36. - TD AMERITRADE CASH ACCOUNT (X) | | None | J | T | | | | | |
| 37. - ALASKA AIR GROUP INC COM | A | Dividend | J | T | | | | | |
| 38. - CORNERSTONE STRATEGIC VALUE COM | A | Dividend | J | T | | | | | |
| 39. | A | Distribution | | | | | | | |
| 40. - TAIWAN SEMICONDUCTOR ADR SPONSORED | A | Dividend | J | T | | | | | |
| 41. - TELADOC HEALTH INC COM | | None | | | Sold | 12/23/19 | J | C | |
| 42. BROKERAGE ACCOUNT #5 (H) | | | | | | | | | |
| 43. - Morgan Stanley Bank N.A. (Y) | | | | | | | | | |
| 44. - Coca Cola Co | A | Dividend | J | T | | | | | |
| 45. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 46. - CORNERSTONE STRATEGIC VALUE COM | A | Dividend | J | T | | | | | |
| 47. | A | Distribution | | | | | | | |
| 48. - ROYAL DUTCH SHELL ADR SPONSORED | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 49. - SLACK TECHNOLOGIES INC COM CLASS A | | None | J | T | Buy | 07/19/19 | J | | |
| 50. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 51. - CORNERSTONE STRATEGIC VALUE COM | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | B | Distribution | | | | | | | |
| 53.  - ROYAL DUTCH SHELL ADR SPONSORED | A | Dividend | J | T | Buy | 08/05/19 | J | | |
| 54.  - FORD MOTOR CO COM (Y) | A | Dividend | | | Buy | 05/06/19 | J | | |
| 55.   529 PLAN #2 (H) | | | | | | | | | |
| 56.  - Vanguard Total Stock Market Index | A | Dividend | K | T | | | | | |
| 57.  - Vanguard Institutional Index | A | Dividend | K | T | | | | | |
| 58.  - Vanguard Growth Index | A | Dividend | K | T | | | | | |
| 59.  - Vanguard International Growth | A | Dividend | K | T | | | | | |
| 60.  - FDIC-Insured Accounts | A | Dividend | J | T | | | | | |
| 61.   529 PLAN #3 (H) | | | | | | | | | |
| 62.  - Vanguard Growth Index | A | Dividend | K | T | | | | | |
| 63.  - Vanguard Mid-Cap Index | A | Dividend | K | T | | | | | |
| 64.  - Vanguard Small-Cap Index | A | Dividend | K | T | | | | | |
| 65.  - Vanguard International Growth | A | Dividend | K | T | | | | | |
| 66.  - DFA Global Equity Portfolio | A | Dividend | K | T | | | | | |
| 67.   GOLDMAN SACHS BANK CASH ACCOUNT | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creswell, Bessie M.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 3 - The TD Ameritrade cash account balance fell below the reporting threshold for this period.

Part VII, Line 36 - The TD Ameritrade cash account balance rose above the reporting threshold for this period.

Part VII, Line 43 - The Morgan Stanley Bank cash account balance fell below the reporting threshold for this period.

Part VII, Line 54 - Ford Motor Co Com asset fell below reporting threshold for this period. The purchase of the assets meets the reporting threshold, but fell in value during the year below the threshold.

Part VII, Lines 55-66 – Reports for 529 Plans #2 and #3 do not give information concerning purchases and sales of assets. As such, only FMV and dividend income information is provided. If an asset is new it is marked (X) and if the asset is no longer in the account it is marked (Y).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bessie M. Creswell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544